IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
| FISCHER | : | 02-4498 |
| DELARAMA | : | 02-4531 |
|  | : |  |
| vs. | : |  |
|  | : |  |
| BAYER CORPORATION, ET AL | : |  |

# ORDER

**AND NOW**, this 17th day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]   -   Order staying these proceedings pending disposition of a related action.

[ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[ ]   -   Interlocutory appeal filed

[x]   -   Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
JOHN R. PADOVA,        J.

Civ. 13 (8/80)